IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Civil No. 1:07CV00569 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| VANGUARD PRIME MONEY MARKET | : |
| ACCOUNT ENDING IN 7326, IN THE | : |
| NAME OF ROBERT C. HARRISON, | : |
| CONTAINING APPROXIMATELY | : |
| $450,000.00 | : |
| | : |
| and | : |
| | : |
| 2006 SEA HUNT ESCAPE 186, | : |
| HULL NO.: SXSZO298F506, | : |
| and WESCO TRAILER, | : |
| VIN 1W7B1201861000160, | : |
| Defendants. | : |

## ENTRY OF DEFAULT

IT APPEARING that all persons and entities having any interest in the defendant personal properties, except Otis T. Harrison, Rose C. Harrison, Robert Harrison, Shamrock, LLC, Harrison Amusement Company, Inc., and Harrison Music Company, Inc., are in default for failure to file a claim and an answer or otherwise defend as provided for in Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Default is hereby entered against all persons and entities having any interest in the defendant real property, except Otis T. Harrison, Rose C. Harrison, Robert Harrison, Shamrock,

LLC, Harrison Amusement Company, Inc., and Harrison Music Company, Inc.

This the 10th day of March, 2008.

                                                  /s/ John S. Brubaker
                                         CLERK, U.S. DISTRICT COURT

2

Case 1:07-cv-00569-JAB-PTS   Document 30   Filed 03/10/08   Page 2 of 2